IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS CADENAS-GERONIMO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for early release pursuant to Title 18 U.S.C. § 3624 (Filing No. 83). The Non-Violent Offenders Relief Act of 2013 to which defendant refers has not been enacted into law. Accordingly,

IT IS ORDERED that defendant's motion for early release is denied without prejudice.

DATED this 1st day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court